

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:          Cheri Vega v. Arturo Lira

Appellate case number:        01-16-00369-CV

Trial court case number:      2008-11473

Trial court:                  309th District Court of Harris County

On June 29, 2016, counsel for appellee, Arturo Lira, filed appellee's motion to dismiss for lack of jurisdiction. However, after a preliminary review, appellee's motion to dismiss for lack of jurisdiction fails to comply with Texas Rules of Appellate Procedure 9.5(d) and 10.1(a)(5) because the motion fails to contain a certificate of service on appellant's counsel and a certificate of conference with appellant's counsel. *See* TEX. R. APP. P. 9.5(d), 10.1(a)(5).

Accordingly, the Court sua sponte directs the Clerk of this Court to **STRIKE** appellee's motion to dismiss for lack of jurisdiction without prejudice to refiling a motion in compliance with Rules 9.5(d) and 10.1(a)(5).

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                   ☒  Acting individually

Date:  July 7, 2016